AUSA: Nancy A. Abraham Telephone: (810) 766-5034
AO 91 (Rev. 11/11) Criminal Complaint  Special Agent: Candace A. Booth Telephone: (602) 803-4068

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Deangelo Montez Talton | Case: 4:22-mj-30195<br>Judge: Ivy, Curtis<br>Filed: 04-25-2022<br>CMP USA v DEANGELO MONTEZ TALTON (kcm) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 24, 2022__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **18 U.S.C. § 922(g)(1)** | **Possession of Firearm by a Felon** |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

CANDACE A. BOOTH, Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 25, 2022__

_____
Judge's signature

City and state: __Flint, Michigan__

CURTIS IVY, JR., U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Candace A. Booth being first duly sworn, hereby depose and state as follows:

## *Introduction*

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), currently assigned to the Flint, Michigan, Field Office. I have been an ATF Special Agent since 2009. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. Before working for the ATF, I was a US Border Patrol Agent. I have participated in numerous state and federal investigations including narcotics trafficking, illegal firearms possession, firearms trafficking, shooting investigations, as well as other types of criminal investigations. Because of my involvement in these and other investigations, I have sworn to several federal search and arrest warrants.

2. This affidavit is in support of a complaint and arrest warrant for Deangelo Montez Talton. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each fact known to me concerning this investigation.

3. The facts in this affidavit are based on my personal knowledge and observations, my review of law enforcement reports, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

### *Probable Cause*

4. On April 24, 2022, Flint Police Department (FPD) Officers Allen and Suttles responded to a radio dispatch at Midway Square Town Homes, 2412 Devon Lane, Apartment 39, in reference to unknown trouble. The FPD Officers made contact with Security Officers Richard Bastien and Keiyon Nard. Security Officer Bastien advised that a male subject, identified as Deangelo Talton was placed in custody. Security Officer Bastien stated that he had been called into work to assist with a large gathering of people at the Midway Square Town Homes. Security Officer Bastien stated that while working, he observed Talton, who was approximately 10 feet away, holding a black firearm in his hand that was aimed straight into the air. Security Officer Bastien stated he observed Talton fire two rounds into the air. Security Officer Bastien then stated he drew his duty firearm and pointed it at Talton while giving Talton verbal commands to drop the firearm. Security Officer Bastien stated that Talton dropped the firearm. Talton was then placed into handcuffs until FPD Officers arrived to take Talton into police custody.

5. The firearm possessed by Talton is a Springfield Armory, model XD-40, 40 caliber handgun, bearing serial number XD401273.

6. During the investigation, I conducted a computerized criminal history check of Deangelo Talton. The check showed that Talton had been convicted, in the state of Michigan, of the following felony offenses and is not eligible to possess a firearm under federal law:

10/2007- Felony Controlled Substance- Less than 25 G

7/2009- Felony Controlled Substance-Deliver/Manufacture

12/2010- Felon in Possession of a Firearm.

7. Talton was convicted in the United States District Court for the Eastern District of Michigan and sentenced on December 1, 2010 for being a felon in possession of a firearm to 64 months' custody of the Bureau of Prisons and a three-year term of supervised release. On April 6, 2017, Talton was convicted of violation of supervised release and sentenced to 8 months custody followed by an additional one-year term of supervised release. On June 22, 2020, Talton was sentenced for being a felon in possession of a firearm to 30 months custody of the Bureau of Prisons and a consecutive 45 days' custody for violation of the terms of supervised release. He is currently serving a three-year term of supervised release.

8. On April 25, 2022, I spoke with ATF Special Agent (SA) Kyle McGraw who is a Firearms Interstate Nexus expert. Agent McGraw advised that

the above described Springfield Armory 40 caliber handgun was manufactured outside of the state of Michigan, and therefore traveled in or affected interstate or foreign commerce before Talton possessed it.  Agent McGraw further advised that the firearm is also a "firearm" as defined in 18 U.S.C. § 921.

## *Conclusion*

9. Based upon the facts stated above, there is probable cause to believe that on April 24, 2022, in the Eastern District of Michigan, Deangelo Talton knowingly possessed a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year in violation 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
CANDACE A. BOOTH, Affiant
Special Agent, ATF&E

Sworn to before me and signed in my presence
and/or by reliable electronic means on April 25, 2022.

_____
CURTIS IVY, JR.
U.S. Magistrate Judge